UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERESA LOUISE PETERSON,

Plaintiff,

v.                                                Case No: 5:21-cv-102-GKS-TGW

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

Defendant.

# ORDER

THIS CAUSE comes before the Court upon Defendant's, the Acting Commissioner of Social Security's (Commissioner), Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (Doc. 29). Defendant's Motion specifies that the

> Commissioner requests that the Court remand this case to the agency for further administrative action, including a new hearing before a different administrative law judge, further consideration of medical opinion evidence and other evidence, further consideration of Plaintiff's residual functional capacity, and issuing a new decision.

(Doc. 29:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On November 16, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 30), recommending that Defendant's Motion be granted, the Commissioner's decision be reversed and remanded, and judgment be entered for Plaintiff.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas G. Wilson's Report and Recommendation (Doc. 30) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (Doc. 29) is **GRANTED**.

3. The Commissioner's final decision is **REVERSED,** and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.

4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Teresa Louise Peterson, and against Defendant Commissioner, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this 29 day of November, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties